# EXHIBIT "A"

IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| K.H. AND S.H., AS NEXT FRIENDS OF R.H., A MINOR, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | NO. 5-19-CV-01412-JKP |
| GRAEME HOWE; CAMP STEWART FOR BOYS, INC.; AND AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA | § § § § § § | |
| Defendants. | § § | |

### PLAINTIFF R.H.'S FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES FROM DEFENDANT GRAEME HOWE

TO: Graeme Howe, by and through his attorneys of record, C. Dunham Biles, Daniel J. Madden, K. Patrick Babb, Fox Rothschild LLP, Sant Ann Court, 2501 N. Harwood St., Ste 1800, Dallas, Texas 75201.

COMES NOW, Plaintiff R.H., and serves his First Supplemental Objections and Answers to First Set of Interrogatories from Defendant Graeme Howe.

Respectfully submitted,

**SAWICKI LAW**

/s/ *Andrew A. Jones*

**MICHAEL G. SAWICKI**
State Bar No. 17692500
msawicki@sawickilawfirm.com
**ANDREW A. JONES**
State Bar of No. 24077910
ajones@sawickilawfirm.com
6116 N. Central Expressway, Ste. 1400
Dallas, Texas 75206
(214) 468-8844
(214) 468-8845 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing has been delivered via e-mail, U.S. Postal Service, certified mail/ return receipt requested, hand delivery and/or facsimile to all counsel on this 26th day of March, 2021.

/s/ *Andrew A. Jones*

**ANDREW A. JONES**

## PLAINTIFF R.H.'S FIRST SUPPLEMENTAL OBJECTIONS AND ANSWERS TO FIRST SET OF INTERROGATORIES FROM DEFENDANT GRAEME HOWE

**DEFINITIONS/ INSTRUCTIONS:** *Plaintiff objects to the instructions and definitions as overly broad.*

**INTERROGATORY NO. 1:** Identify all social media accounts, including but not limited to Facebook, Twitter, Instagram, YouTube, WhatsApp, WeChat, Tumblr, Reddit, LinkedIn, Snapchat, Pinterest, Twitch, Tik Tok, Flickr, Yelp, Myspace, Imgur, or Vimeo, operated, owned, or otherwise ever used by you or on your behalf, and state for each the user name, password, and other credentials used to access the account.

**ANSWER:**

*Plaintiff objects to this Interrogatory as overly broad and not properly limited in time and scope. Plaintiff objects to this Interrogatory as a violation of Plaintiff's personal privacy. Plaintiff objects to this Interrogatory as exceeding the scope of permissible discovery. Fed. R. Civ. P. 26(b)(1). Plaintiff objects to this Interrogatory as harassing.*

*Subject to and without waiving said objections, to the best of Plaintiff's knowledge, these are all of his social media:*

*Instagram*
*User Name:* ▮  ▮

*Snap Chat*
*User Name:* ▮  ▮

**INTERROGATORY NO. 2:** Identify each individual with whom you have had a romantic relationship, including as a "girlfriend" or "boyfriend," including in your answer the individual's name and approximate time period of the relationship.

**ANSWER:**

*Plaintiff objects to this Interrogatory as overly broad and not properly limited in time and scope. Plaintiff objects to this Interrogatory as a violation of Plaintiff's personal privacy. Plaintiff objects to this Interrogatory as exceeding the scope of permissible discovery. Fed. R. Civ. P. 26(b)(1). Plaintiff objects to this Interrogatory as harassing. Plaintiff objects to*

*this Interrogatory as seeking information which is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, as well as being disproportionate to the needs of this case.*

**INTERROGATORY NO. 3:** Identify each individual with whom you have gone on a date, including in your answer the individual's name and approximate time period of the date.

**ANSWER:**

*Plaintiff objects to this Interrogatory as overly broad and not properly limited in time and scope. Plaintiff objects to this Interrogatory as a violation of Plaintiff's personal privacy. Plaintiff objects to this Interrogatory as exceeding the scope of permissible discovery. Fed. R. Civ. P. 26(b)(1). Plaintiff objects to this Interrogatory as harassing. Plaintiff objects to this Interrogatory as seeking information which is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, as well as being disproportionate to the needs of this case.*

**INTERROGATORY NO. 4:** Identify each individual with whom you have had a sexual encounter, including in your answer the individual's name, the type of sexual encounter, and approximate time period of the encounter.

**ANSWER:**

*Plaintiff objects to this Interrogatory as overly broad and not properly limited in time and scope. Plaintiff objects to this Interrogatory as a violation of Plaintiff's personal privacy. Plaintiff objects to this Interrogatory as exceeding the scope of permissible discovery. Fed. R. Civ. P. 26(b)(1). Plaintiff objects to this Interrogatory as harassing. Plaintiff objects to this Interrogatory as seeking information which is irrelevant and not reasonably calculated to lead to the discovery of admissible evidence, as well as being disproportionate to the needs of this case.*

*Subject to and without waiving said objection, please see records and videos from Kerr County Sheriff's office (RH000001-001610, 001711-001868), medical/billing records (RH001611-001635-001710, 001870-002050, 002187-002226), and all depositions taken in this matter, all of which are incorporated herein by reference.*