IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| K.H. AND S.H., AS NEXT FRIENDS OF R.H., A MINOR, | § § § § | |
| Plaintiffs, | § § | |
| V. | § § | NO. 5-19-CV-01412-JKP |
| GRAEME HOWE; CAMP STEWART FOR BOYS, INC.; AND AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION FOR SECOND AMENDED SCHEDULING ORDER

The disposition of this case will be controlled by the following order. In accordance with Fed. R. Civ. P. 6(a), if a deadline set in this order falls on a weekend or a holiday, the effective date will be the next business day.

1. On or before November 3, 2021, the parties shall file any motion seeking leave to amend pleadings or join parties.

2. Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before December 17, 2021.

3. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before January 28, 2022.

4. Parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within fourteen dates of receipt of the report of the opposing expert.

6. The parties must mediate this case on or before March 28, 2022, unless the parties seek an Order from the Court excusing them from mediation.

7. Parties shall initiate all discovery procedures in time to complete discovery on or before April 22, 2022.

8. On or before May 6, 2022, parties shall file any *Daubert* motions and/or motions to exclude or objections to expert witnesses. Federal Rule of Civil Procedure 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

9. On before May 6, 2022, Counsel shall confer and file a joint report setting forth the status of settlement negotiations.

9. On or before June 3, 2022, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims. Federal Rule of Civil Procedure 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to motions.

10. The Court will set dates for trial and final pretrial conference after receiving and reviewing filed dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, it will likely set appropriate deadlines for trial and pretrial conference matters.

It is so ORDERED.

SIGNED on July 14, 2021.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE